UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THERON JOHNNY MAXTON,  :
    Plaintiff  :
  :
v.  : CIVIL NO. 1:13-CV-1213
  :
M.D. KEVIN PIGOS, *et al.*,  :
    Defendants  :

*O R D E R*

AND NOW, this 12th day of June, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Blewitt (Doc. 7), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1.    The R&R (Doc. 7) is ADOPTED.

    2.    Pursuant to the magistrate judge's recommendation, it is ordered as follows:

        a.    Plaintiff's request that the court direct the BOP to remove him from the Special Housing Unit at USP-Lewisburg and to transfer him to an outside medical facility is DISMISSED with prejudice.

        b.    Plaintiff's claims for damages against Defendants in their official capacities are DISMISSED with prejudice.

        c.    Plaintiff's request for a specific amount of monetary damages (Doc. 1 at 4) is STRICKEN from the complaint.

        d.    Plaintiff's claims against Defendants BOP Regional Director and BOP Director Samuels are DISMISSED with prejudice.

e. Plaintiff's claims against Defendant Health Services Administrator are DISMISSED without prejudice.

f. Plaintiff's denial of medical care claims against Defendants Pigos, Francis, and Alama are permitted to proceed.

g. This case is remanded to Magistrate Judge Blewitt for further proceedings, including an R&R on dispositive motions if necessary.

　/s/ William W. Caldwell
William W. Caldwell
United States District Judge